UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 24-MJ-327 (MAU) |
| ROGER ALYRE VOISINE, JR.<br>REYNOLD ROBERT VOISINE, | : | |
| Defendants. | : | |

### ORDER

Pursuant to the motion filed by the United States, ECF 27, it is hereby ordered that the Motion to Dismiss the Complaint pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 21st day of January, 2025.

HONORABLE JAMES E. BOASBERG
Chief Judge